# IN THE SUPREME COURT OF TEXAS

No. 12-0748

IN RE HAL CREWS AND DEBRA LEITCH

On Petition for Writ of Mandamus

**ORDERED:**

1.  Relators' emergency motion for stay, filed November 2, 2012, is granted in part. The trial set for November 27, 2012, in Cause No. 11-15393-A, styled *Hal Crews and Debra Leitch v. DKASI Corporation, Debra H. Holley, David Holley and ASI Gymnastics, Inc.*, in the 14th District Court of Dallas County, Texas, is stayed pending further order of this Court.

2.  The petition for writ of mandamus remains pending before this Court.

Done at the City of Austin, this November 09, 2012.

Blake A. Hawthorne, Clerk
Supreme Court of Texas

By Claudia Jenks, Chief Deputy Clerk